**Order entered April 11, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01033-CV

**HENRY SANCHEZ D/B/A H SANCHEZ CONSTRUCTION, Appellant**

**V.**

**ALBERRAMAN L. CASTILLO, Appellee**

**On Appeal from the County Court at Law No. 2**
**Dallas County, Texas**
**Trial Court Cause No. CC-15-03266-B**

## ORDER

Before the Court are appellee's April 10, 2019 motion for extension of time to file brief and appellant's April 10, 2019 objections. We **GRANT** the motion and **ORDER** appellee's brief be filed no later than May 8, 2019.

/s/     KEN MOLBERG
           JUSTICE